FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 16 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

BANKS
(Last Name)    (Identification Number)

ROBERT
(First Name)    (Middle Name)

ROBERT
(Institution)

Y.C.C.F. 154 ROOSEVELT HUDSON DR.
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.    CIVIL ACTION NUMBER: 3:24-CV-213-HTW-LGI
(to be completed by the Court)

YAZOO County
SheRiFF Dept.

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes ( ✓ )    No ( )

B. Are you presently incarcerated?
   Yes ( ✓ )    No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes ( )    No ( ✓ )

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )    No ( ✓ )

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )    No ( ✓ )

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )    No ( ✓ )

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: ROBERT E. BANKS   Prisoner Number: 45462

Address: 175 CHARLES St.
YAZOO City MS. 39194

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: JAMES SHIRES is employed as DEPUTY SHERIFF at YAZOO COUNTY SHERIFFS DEPT

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: ROBERT E. BANKS   ADDRESS: 175 CHARLES St.

DEFENDANT(S):

NAME: JAMES SHIRES   ADDRESS: YAZOO COUNTY SHERIFFS DEPT. BROADWAY St. YAZOO City MS. 39194

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes ( )   No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

1. Parties to the action:_____

_____

2. Court (if federal court, name the district; if state court, name the county):_____

_____

3. Docket Number:_____

4. Name of judge to whom case was assigned:_____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)_____

_____

CASE NUMBER 2.

1. Parties to the action:_____

_____

2. Court (if federal court, name the district; if state court, name the county):_____

_____

3. Docket Number:_____

4. Name of judge to whom case was assigned:_____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)_____

_____

**STATEMENT OF CLAIM**

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

I stole a 12pack of Diet Cokes and a 12 pack of Michelob Ultra Beer - not exceeding a hundred dollars off of the back of a truck - to-wit - Petit Larcany also charged with a bogus charge of Burglary Auto - No such charge

**RELIEF**

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Release from incarcaration and payment for - violation of constitutional rights - slander degradation of character & false

Signed this 26 day of March, 20 24.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Robert E. Banks
Signature of plaintiff

imprisonment.